## NUNNALLY v. THE STATE.

EVANS, J. No error of law is complained of, and the evidence was sufficient to uphold the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted December 17, 1906.—Decided January 15, 1907.

Accusation of selling liquor. Before Judge Overstreet. City court of Sylvania. September 29, 1906.

Brief for plaintiff in error.

*H. A. Boykin, solicitor,* and *Alfred Herrington,* contra.

---

## COLEMAN v. THE STATE.

EVANS, J. 1. Testimony that a witness received certain information, which had previously been testified to by the party giving the information, and upon which the witness acted, is admissible, not as independent evidence to establish the truth of such information, but as an inducement and an explanation by the witness that, acting on such information, he discovered other facts connecting the accused with the crime with which he was charged.

2. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted December 17, 1906.—Decided January 15, 1907.

Accusation of larceny from house. Before Judge Crisp. City court of Americus. October 17, 1906.

*Blalock & Cobb,* for plaintiff in error.

*Zach. S. Childers, solicitor,* contra.